United States District Court
Southern District of Texas

SEP 24 2019

David J. Bradley, Clerk of Court

AO 243 (Rev. 01/15)                                                                      Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Southern District of Texas |
|---|---|---|

Name *(under which you were convicted)*:
Charles Harris

Docket or Case No.:
4:13-CR-262-2

| Place of Confinement: | Prisoner No.: |
|---|---|
| Federal Medical Center, Fort Worth, TX | 42637-379 |

UNITED STATES OF AMERICA

v.

Movant *(include name under which convicted)*
CHARLES HARRIS

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
United States District Court, Southern District of Texas
Houston Division, 515 Rusk Street, Houston, Texas 77002

    (b) Criminal docket or case number (if you know): 4:13-CR-262-2

2. (a) Date of the judgment of conviction (if you know): June 11, 2017

    (b) Date of sentencing: June 27, 2017

3. Length of sentence: 120 months (10 years)

4. Nature of crime (all counts):

    Conspiracy to commit health care-fraud

5. (a) What was your plea? (Check one)

    (1) Not guilty ☐        (2) Guilty ☒        (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
    what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)  n/a  Jury ☐     Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  n/a Yes ☐     No ☐

8. Did you appeal from the judgment of conviction?  Yes ☒     No ☐

AO 243 (Rev. 01/15)                                                                                                        Page 3

9.   If you did appeal, answer the following:

(a) Name of court:    United States Court of Appeals, Fifth Circuit

(b) Docket or case number (if you know):   17-20439

(c) Result:    Dismissed

(d) Date of result (if you know):   June 28, 2018

(e) Citation to the case (if you know):   729 Fed. Appx. 336 (5th Cir. 2018)

(f) Grounds raised:

Attorney filed an erroneous Anders brief, and failed to raise the meritable issues.

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised:

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
Yes ☐    No ☒

11.  If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court:   n/a

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

AO 243 (Rev. 01/15)                                                                                          Page 4

     (6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

           Yes ☐     No ☐       n/a

     (7)   Result: _____

     (8)   Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

     (1)   Name of court: _____

     (2)   Docket of case number (if you know): _____

     (3)   Date of filing (if you know): _____

     (4)   Nature of the proceeding: _____

     (5)   Grounds raised:




                               n/a




     (6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

         Yes ☐     No ☐

     (7)   Result: _____

     (8)   Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

     (1)   First petition:      Yes ☐     No ☐

     (2)   Second petition:   Yes ☐     No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:




12.    For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)                                                                                    Page 5

**GROUND ONE:**     Denial Of Effective Assistance Of Counsel On Appeal.
_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

See Memorandum In Support at pages 6 through 9.

(b) **Direct Appeal of Ground One:**

   (1)   If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐     No ☒

   (2)   If you did not raise this issue in your direct appeal, explain why:

Denied effective assistance of counsel on appeal.

(c) **Post-Conviction Proceedings:**   n/a

   (1)   Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐     No ☒

   (2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

   (3)   Did you receive a hearing on your motion, petition, or application?

      Yes ☐     No ☐                    n/a

   (4)   Did you appeal from the denial of your motion, petition, or application?

      Yes ☐     No ☐

   (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐     No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:          n/a

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):          _____

Date of the court's decision:          _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**          Denial Of Effective Assistance Of Counsel During The Trial Proceedings

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

See Memorandum In Support at pages 9 through 32.

(b) **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes [   ]          No [ x ]

Denial of effective assistance of counsel.

(2)   If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes [   ]          No [ X ]

(2)   If you answer to Question (c)(1) is "Yes," state:                    n/a

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)   Did you receive a hearing on your motion, petition, or application?

　　　Yes ☐        No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

　　　Yes ☐        No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

　　　Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

                              n/a

**GROUND THREE:**     The Case Is Factually Synonymous With Doctor Ganji.

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

　　　See Memorandum In Support at pages 32 through 41.

AO 243 (Rev. 01/15)

(b) **Direct Appeal of Ground Three:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐      No ☒

    (2)  If you did not raise this issue in your direct appeal, explain why:

        `Denied effective assistance of counsel.`

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐      No ☒

    (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐      No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐      No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐      No ☐

                    `n/a`

    (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

        n/a

---

**GROUND FOUR:**  The Restitution Order Is Illegal.

---

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Memorandum In Support at pages 41 through 44.

(b)   **Direct Appeal of Ground Four:**

    (1)   If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☒

    (2)   If you did not raise this issue in your direct appeal, explain why:

Denied effective assistance of counsel.

(c)   **Post-Conviction Proceedings:**

    (1)   Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☒

    (2)   If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?          n/a

Yes ☐          No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐          No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐          No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

n/a

_____

13.  Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

n/a

14.  Do you have any motion, petition, or appeal **now pending** (filed and not decided yet) in any court for the you are challenging?          Yes ☐          No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

 (a) At the preliminary hearing:

  David Cunningham and Jed Silverman, Houston, Texas

 (b) At the arraignment and plea:

    Same

 (c) At the trial:

    Same

 (d) At sentencing:

    Same

 (e) On appeal:

    Georgette Oden, Dallas, Texas

 (f) In any post-conviction proceeding:
  Pro se

 (g) On appeal from any ruling against you in a post-conviction proceeding:

    n/a

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?  Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  Yes ☐   No ☒

 (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

 (b) Give the date the other sentence was imposed: _____

 (c) Give the length of the other sentence: _____

 (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes ☐   No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

  See, Memorandum In Support at page 3

AO 243 (Rev. 01/15)

See Memorandum In Support at p. 3

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1)  the date on which the judgment of conviction became final;

(2)  the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)  the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)                                                                                                          Page 13

Therefore, movant asks that the Court grant the following relief:

Vacate the sentence imposed, and allow Mr. Harris to withdraw his
guilty plea and commence anew.
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on     September   3,  2019
                                                                      _____
                                                                      (month, date, year)


Executed (signed) on     September 3, 2019          (date)


_____
Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.